IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| PATRIC CODI THURSTON, | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv731 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Petitioner Patric Codi Thurston, an inmate confined in the Texas prison system, proceeding *pro se*, filed the above-styled and numbered petition for a writ of habeas corpus challenging his conviction for burglary of a habitation, pursuant to the judgment and sentence of the 7th Judicial District Court of Smith County, Texas. The petition was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that the petition for a writ of habeas corpus should be dismissed as time-barred.

The Report and Recommendation was sent to the Petitioner, and an acknowledgment of his receipt of this document was entered by the Clerk's office. *See* Docket Entry # 14. There have been no objections filed by either party to the Report and Recommendation.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having received no objections to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions not previously ruled on are hereby **DENIED**.

**SIGNED this 2nd day of December, 2015.**

_/s/ Michael Schneider_
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE